**STARK & STARK**
A Professional Corporation
Craig S. Hilliard, Esq.
chilliard@stark-stark.com
Gene Markin, Esq.
gmarkin@stark-stark.com
Bianca A. Roberto, Esq.
broberto@stark-stark.com
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
*Attorneys for Plaintiffs, Mon Cheri Bridals, LLC and Maggie Sottero Designs, LLC, and non-party American Bridal and Prom Industry Association, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MON CHERI BRIDALS, LLC and MAGGIE SOTTERO DESIGNS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CLOUDFLARE, INC., a Delaware corporation; and DOES 1-10, Inclusive, <br><br> Defendants. | CIVIL ACTION NO: <br><br> Civil Action <br><br> **[PROPOSED] ORDER** <br><br> Underlying Case: <br> Case No. 3:19-cv-01356-VC <br> United States District Court for the Northern District of California |

AND NOW this _____, day of _____, 2021, upon consideration of Non-Party American Bridal and Prom Industry Association, Inc.'s Motion to Quash and for Protective Order related to Defendant Cloudflare, Inc.'s Subpoena to Testify at Deposition in a Civil Action, and Defendant Cloudflare, Inc.'s Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, both directed to non-party American Bridal and Prom Industry Association, Inc., and dated March 19, 2021, and Defendant's response thereto, if any, it is hereby ORDERED that:

1. The Motion to Quash is GRANTED;

2. The Subpoenas at issue are QUASHED; and

3. The Motion for Protective Order is GRANTED.

BY THE COURT:

_____

, U.S.D.J.